# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

July 6, 2022

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for August 4, 2022 is rescheduled to September 20, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 7/6/2022   SO ORDERED.
> *LEWIS J. LIMAN*
> *United States District Judge*

RE:   *United States v. Esneider Rozon, 22-cr-219 (LJL)*

Dear Judge Liman:

    I represent Esneider Rozon who is presently scheduled to be sentenced on August 4, 2022.  I received the first disclosure of the Presentence Report on June 23, 2022, and our corrections and objections are due tomorrow.  We have significant problems with the PSR that require discussions with the Government.  Accordingly, we jointly request that Your Honor adjourn Esneider Rozon's sentencing by approximately 60 days until October 3, 2022 and that Your Honor adjourn all the related deadlines for the Probation Department, the filing of our sentencing memorandum, and the Government's sentencing submission.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Copies by email to:
    AUSA Edward C. Robinson
    Probation Officer Jill Spitalieri

Admitted:  NY, CT, DC