# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

July 20, 2022

**MEMO ENDORSEMENT.**
Bail modified as requested subject to the additional condition of release. Defendant shall inform pretrial services at least two business days in advance of any requested travel, including the dates of travel, defendant's destination, and the states through which defendant intends to travel during such trip.

7/20/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Esneider Rozon, 22-cr-219 (LJL)*

Dear Judge Liman:

I represent Esneider Rozon, and I am writing to request respectfully that Your Honor modify the conditions of Mr. Rozon's bond.

Mr. Rozon is a long-distance truck driver who regularly travels to Texas and Rhode Island with stops in the districts in between as needed. Mr. Rozon is currently wearing an electronic bracelet and is permitted to travel as approved by Probation. I am writing to request respectfully that Your Honor modify Mr. Rozon's bail to remove the bracelet and to permit him to travel between Texas and Rhode Island as needed with notice of his travel in advance as may be required by Pretrial Services (PTS).

The Government has no objection to this request so long as Pretrial Services (PTS) consents. The District of NJ (DNJ) presently supervises Mr. Rozon as a courtesy to the SDNY, and Mr. Rozon's DNJ PTS Officer advises that Mr. Rozon has been in full compliance with the present terms of his release. I have consulted PTS in the SDNY, and they consent to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Copies by email to:
    AUSA Edward C. Robinson
    PTS Officer Jonathan Lettieri (SDNY)
    PTS Rhonda LeGrand (DNJ)
    Esneider Rozon (by email)

Admitted:  NY, CT, DC