UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

                             :

UNITED STATES OF AMERICA,            :

                             :

          -v-                    :            22-CR-219-3 (LJL)

                             :

ESNEIDER ROZON,                    :                ORDER

                             :

                 Defendant.          :

                             :

--------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

        The Court puts the parties on notice that it is considering imposing home detention as a condition of supervised release or probation as a component of the sentence in the above-captioned case.

        SO ORDERED.

Dated: October 26, 2022
       New York, New York                                LEWIS J. LIMAN
                                               United States District Judge