LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

February 14, 2023

REQUEST GRANTED.

2/15/2023 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

**RE:** ***United States v. Esneider Rozon, 22-cr-219 (LJL)***

Dear Judge Liman:

I represent Esneider Rozon and I am writing to request respectfully that Your Honor enter an Order authorizing the United States Probation Department to release Mr. Rozon's passport either to Mr. Rozon in person, or to me on Mr. Rozon's behalf. I have conferred with both Mr. Rozon's probation officer and AUSA Edward Robinson, and they both consent to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Copies by email to:
AUSA Edward C. Robinson
Probation Officer Afonso Fernandes
Esneider Rozon